AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Dedra De La Rosa <br><br> *Plaintiff(s)* <br> v. <br> 872 Broadway Equities Associates, LLC and Fresh, Inc. d/b/a Fresh Cosmetics <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-09517 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider for Defendants Names and Addresses.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam S. Hanski, Esq.
Hanski Partners LLC
85 Delancey Street,
New York, NY 10002
Email:ash@disabilityrightsny.com  Tel: 212.248.7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/13/2024

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

The following are the names and service addresses of the two (2) defendants for the Proposed Summons.

| |
|---|
| 872 Broadway Equities Associates, LLC<br>c/o Transworld Equities Associates, LLC<br>13 East 17th Street, 8th Floor<br>New York, NY 10003 |
| Fresh, Inc. d/b/a Fresh Cosmetics<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207 |