MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/3/2025

# EPSTEIN BECKER GREEN

Attorneys at Law

Shira M. Blank
t  212.351.4694
f  212.878.8600
SBlank@ebglaw.com

September 3, 2025

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   **Dedra De La Rosa v. Fresh, Inc. d/b/a Fresh Cosmetics and 872 Broadway Equities Associates, LLC**
            **Case No.: 24-cv-09517 (ALC)**

Dear Judge Carter:

    This Firm represents Defendant Fresh, Inc. ("Fresh") in the above referenced matter. We write, jointly with counsel for Plaintiff (collectively, the "Parties"), and pursuant to Your Honor's Individual Practices to respectfully request that the Court stay all pending deadlines, including Fresh's deadline to respond to the Complaint, which is currently due September 5, 2025 (ECF No. 22) for another two weeks, until September 19, 2025 to allow the Parties additional time to attempt to resolve this matter.

    The Parties participated in a mediation session with Marc Isserles, Esq, a qualified mediator affiliated with JAMS, on June 11, 2025. Although the Parties did not resolve this action at the mediation, the Parties have been continuing to engage in negotiations with Mr. Isserles' assistance and believe they are close to reaching a resolution which would dispose of the case. The Parties also exchanged a draft confidential settlement agreement so that upon reaching an agreement they can efficiently and promptly memorialize the Parties' agreement in writing. The Parties request this continued stay due to delays caused by the recent holiday and Plaintiff's counsel's preexisting vacation schedule. The Parties are hopeful that the brief continued stay will allow them to successfully complete their negotiations and finalize a confidential settlement agreement.

    This is the Parties' fifth request for a stay, and they respectfully submit that it is in the interest of judicial economy because it will allow the Court and the Parties to avoid having to expend substantial resources on litigation while the Parties continue to attempt to resolve this matter. We will update the Court as soon as possible if the Parties reach an agreement earlier.

    We appreciate Your Honor's consideration of this request and attention to this matter.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 3, 2025
New York, NY

Respectfully Submitted,
*/s/ Shira M. Blank*
Shira M. Blank

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY 10022  |  t  212.351.4500  |  f  212.878.8600  |  ebglaw.com