**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DE LA ROSA**

**Plaintiff,**

**-against-**

**FRESH, INC. ET AL**

**Defendants.**

**24-CV-9517 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by August 20, 2026 regarding the status of settlement.

**SO ORDERED.**

Dated: August 19, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**